UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TINA GUNALDO | CIVIL ACTION |
| VERSUS | NO. 20-154 |
| BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, *et al.* | SECTION M (5) |

# ORDER

Before the Court is a joint motion for approval of settlement and dismissal of the case,[1] including the settlement agreement,[2] which was filed under seal pursuant to the Court's order.[3] Considering the parties' memorandum, the settlement agreement, and the applicable law, the Court finds the compromise to have fairly and reasonably settled a bona fide dispute. *See Martin v. Spring Break '83 Prods., L.L.C.*, 688 F.3d 247, 254-57 (5th Cir. 2012). Accordingly,

IT IS ORDERED that the parties' settlement agreement is approved and this case is dismissed with prejudice, except as to the right of any party, upon good cause shown on or before September 23, 2021, to take action to enforce the settlement agreement. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this 27th day of August, 2021.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 68.
[2] R. Doc. 68-4.
[3] R. Doc. 70.